IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-cv-181

| | |
|---|---|
| DITCH WITCH OF CHARLOTTE, INC., d/b/a Ditch Witch of the Carolinas, ) ) ) Plaintiff, ) ) v. ) ) BANDIT INDUSTRIES, INC., ) ) Defendant. ) ) | **ORDER** |

This matter is before the Court upon Plaintiff's Motion for Preliminary Injunction. A hearing was held in this matter on July 16, 2015. For the reasons stated in open court,

IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction is hereby DENIED.

*[signature: Graham C. Mullen]*
Title of Signing Officer
United States District Court
17 July 15