IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-cv-181

| | |
|---|---|
| DITCH WITCH OF CHARLOTTE, INC., d/b/a Ditch Witch of the Carolinas, <br><br> Plaintiff, <br><br> v. <br><br> BANDIT INDUSTRIES, INC., <br><br> Defendant. | **ORDER** |

This matter is before the Court upon its own motion. A hearing was held in this matter on July 16, 2015. As stated in open court IT IS HEREBY ORDERED that this case is stayed pending mediation. The parties are directed to confer and report back to the court no later than July 31, 2015, whom they have selected to serve as mediator. If the parties are unable to agree, the Court will select a mediator on or about August 5, 2015. The mediation shall take place on or before November 16, 2015. The following parties must be in attendance at the mediation: 1.] Mr. and Mrs. Neil, owners of Ditch Witch of Charlotte, 2.] Mr. Morey, President of Bandit Industries, Inc., or his successor, and 3.] A representative from Smoracy LLC or the current owner of patents numbered 6,517,020; 6,059,210; 6,845,931 and 7,121,485. The expense of the mediation is to be shared equally by the parties.

IT IS SO ORDERED.

Signed: July 17, 2015

Graham C. Mullen
United States District Judge