IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV181

| | |
|---|---|
| DITCH WITCH OF CHARLOTTE, INC., ) ) Plaintiff, ) ) Vs. ) ) BANDIT INDUSTRIES, INC., ) ) Defendant. ) ) | ORDER |

This matter is before the Court upon its own motion. This case was stayed pending mediation. The parties have now reported that the mediation has been unsuccessful. Accordingly, the Court hereby lifts the stay in this case and the parties are directed to submit an amended discovery plan so that a Pretrial Order may be entered.

IT IS SO ORDERED.

Signed: November 16, 2015

Graham C. Mullen
United States District Judge