# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-CV-181-GCM

| | |
|---|---|
| DITCH WITCH OF CHARLOTTE, INC. ) | |
|                  Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| BANDIT INDUSTRIES, et al ) | |
|                  Defendants. ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is **RE-SET for the June 19, 2017** term of court.

**IT IS SO ORDERED.**

Signed: February 27, 2017

Graham C. Mullen
United States District Judge